No. 486. Ferdinand Hopp, Plaintiff in Error, *v.* Thomas H. Pickford. In error to the Court of Appeals of the District

of Columbia. October 21, 1907. Docketed, and dismissed with costs on motion of *Mr. H. Prescott Gatley* for the defendant in error. No one opposing.